United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS INCORPORATED,

    Plaintiff,

v.

BARGAIN SOFTWARE SHOP, LLC, and DOES 1 THROUGH 10,

    Defendant.

No. C 14-03721 WHA

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

    Pursuant to Civil Local Rule 3-12, this order *sua sponte* refers the above-captioned case to the Honorable Judge Edward Chen to consider whether this case is related to *Adobe Systems Incorporated v. Colorado Internet Services, LLC et al.*, No. 3:13-cv-04193-EMC, in which claims against, *inter alia*, Bargain Software Shop, LLC were dismissed without prejudice for improper joinder. All parties have until **NOON ON SEPTEMBER 26, 2014** to file a response, opposition, or statement in support of relating the cases.

    **IT IS SO ORDERED.**

Dated: September 22, 2014.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE