**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>    v.<br><br>BARGAIN SOFTWARE SHOP, LLC,<br><br>    Defendant.<br>_____/ | No. C-14-3721 EMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE AND MOTION TO DISMISS**<br><br>**(Docket Nos. 41-42)** |

       Currently pending before the Court are two motions filed by Plaintiff Adobe Systems Incorporated: (1) a motion to strike Defendant Bargain Software Shop, LLC's ("BSS") counterclaim for declaratory relief and (2) a motion to dismiss all three of BSS's counterclaims. BSS did not file an opposition to either motion. Upon inquiry from the Court, BSS informed the Court that it did not intend to file an opposition to either motion. Out of an abundance of caution, the Court ordered BSS to show cause as to why Adobe's motions should not be granted with prejudice. The Court advised that, if no response was timely filed, it would grant the motions with prejudice.

///
///
///
///
///
///
///

BSS has not filed a response to the order to show cause. Accordingly, Adobe's motion to strike and motion to dismiss are hereby **GRANTED**, both with prejudice.

This order disposes of Docket Nos. 41 and 42.

IT IS SO ORDERED.

Dated: February 10, 2015

_____
EDWARD M. CHEN
United States District Judge