1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BARGAIN SOFTWARE SHOP, LLC, a Texas Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 3:14-cv-03721-EMC<br><br>**ORDER OF DISMISSAL, WITHOUT PREJUDICE**<br><br>**Honorable Judge Edward M. Chen** |
|---|---|

# ORDER

IT IS HEREBY ORDERED that Plaintiff Adobe Systems Incorporated's ("Plaintiff") claims against Defendant Bargain Software Shop, LLC ("Defendant") in this action are hereby dismissed, without prejudice.

IT IS HEREBY FURTHER ORDERED that the Court will retain jurisdiction to vacate this Order and to re-open this action at the request of either party during the pendency of but no longer than thirty (30) days after entry of any final resolution to Defendant's pending Chapter 7 bankruptcy proceeding (Western District of Texas, case no.: 15-10388-tmd-7).

IT IS SO ORDERED this 2nd day of October, 2015.

_____
HON. EDWARD M. CHEN
United States Senior District Judge
Northern District of California
San Francisco Division